1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7              IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,         CASE NO. 1:12-CR-00328 LJO

10                Plaintiff,          STIPULATION REFERRING MOTION FOR
                                      SENTENCE REDUCTION TO FEDERAL
11         v.                         DEFENDER'S OFFICE AND PROBATION
                                      OFFICE AND ORDER THEREON
12 RUBEN GONZALEZ, JR.,

13                Defendant.

14     The Court is in receipt of a motion to reduce a criminal sentence pursuant to Title 18, United

15 States Code, Section 3582(c)(2). The Court refers this motion to the Probation Office (Probation

16 Officers Hubert Alvarez) and the Office of the Federal Defender and Assistant Federal Defender David

17 M. Porter, pursuant to General Order No. 546. The Federal Defender's Office shall have 30 days from

18 the date the Court approves the stipulation/order to conduct an initial review of the motion to determine

19 the status of representation of the defendant.

20     1.     If Federal Defender's Office determines that the defendant is eligible for representation

21 and agrees to represent the defendant, a representative of the Federal Defender's Office shall file a

22 notice of appearance in the case. If the matter has been referred to panel counsel, a copy of this order

23 shall be forwarded by the Federal Defender's Office to appointed panel counsel who shall then file a

24 notice of appearance in the case.

25     2.     The notice of appearance shall indicate whether counsel intends to supplement the

26 defendant's motion.

27     3.     If the defendant does not intend to supplement the motion, the government's response

28

will be due 14 days following counsel's notice of appearance.

4. If defendant's counsel intends to supplement the defendant's motion, then the notice of appearance shall indicate the date upon which the supplement will be filed and the date upon which the government's response shall be due. Such dates should be mutually agreeable to the parties.

5. If the parties agree that a hearing is necessary, the notice of appearance shall include the date of the hearing, preferably no earlier than two weeks after the government's response is filed. If the parties are not in agreement that a hearing is necessary, that issue should be addressed in the parties' respective filings.

6. Should no counsel enter an appearance on behalf of the defendant, the government will file a response within 14 days of the expiration of the 30-day period referred to above.

7. Upon review of the motion and response, the Court will determine whether oral argument or hearing will aid its determination of the motion and notify counsel of its decision.

Dated: February 2, 2015
BENJAMIN B. WAGNER
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: February 2, 2015
HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender
Attorney for Defendant

ORDER

The above stipulation is approved. In addition, if no defense counsel makes an appearance within the 30-day period set forth in the introductory paragraph of this stipulation, the government shall file an opposition within 14 days of the expiration of such period.

IT IS SO ORDERED.

Dated:   **February 3, 2015**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE